IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2025 MAR 12 P 12: 35

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:25cr214-RAH-CWB |
| | ) [18 U.S.C. § 2251(d) and (e); |
| JACOB PARKER | ) 18 U.S.C. § 2252A(a)(5)(B) and |
| | ) (b)(2)] |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Conspiracy to Advertise Child Pornography)

Beginning on a date unknown to the Grand Jury, but which is not later than in or about July 2023, and continuing until in or about September 2024, in Lee County, within the Middle District of Alabama and elsewhere, the defendant,

JACOB PARKER,

willfully conspired with others known and unknown to the Grand Jury to knowingly make, print, and publish, and cause to be made, printed and published, any notice and advertising offering to exchange, produce, display, distribute, and reproduce any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, and which visual depiction was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2251(d) and (e).

COUNT 2
(Advertisement of Child Pornography)

From in or about July 2023, and continuing through on or about July 2024, in Lee County, within the Middle District of Alabama and elsewhere, the defendant,

JACOB PARKER,

knowingly made, printed, and published, and caused to be made, printed and published, any notice and advertising offering to exchange, produce, display, distribute, and reproduce any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, and which visual depiction was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2251(d) and (e).

COUNT 3
(Possession of Child Pornography)

From on or about March 12, 2024, and continuing through on or about February 12, 2025, in Lee County, within the Middle District of Alabama, the defendant,

JACOB PARKER,

knowingly possessed material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce by any means, including by computer, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

A.   The allegations contained in Counts 1, 2, and 3 of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a).

B.   Upon conviction for violations of Title 18, United States Code, Sections 2251(d) and (e) and 2252A(a)(2)(A) and (5)(B) & (b)(1) and (2) as alleged in Counts 1, 2, and 3 of this Indictment, the defendant,

JACOB PARKER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(1)   any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such offense(s);

(2)   any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and,

(3)   any property, real or personal, used and intended to be used to commit and to promote the commission of such offense(s).

Such property, depictions, items, and matter shall include, but are not limited to, the following:

- BiteCool NikoBook Laptop (SN: WK24086-12845) laptop;
- Seagate 2TB external hard drive (SN: NABKLLZV);
- HP Laptop (SN: 5CD0436N97);
- Seagate 1TB External Hard Drive (SN: NA524DEV);

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred and sold to, and deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL:

Foreperson

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

Tara S. Ratz
Assistant United States Attorney

4

_____
Kyle P. Reynolds
Acting Deputy Chief
U.S. Department of Justice, Child Exploitation and Obscenity Section

_____
Russell T. Duraski
Assistant United States Attorney