IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>3:25-cr-214-RAH-CWB</u> |
| | ) | |
| JACOB PARKER | ) | |

## **<u>MOTION FOR DETENTION</u>**

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States of America moves for detention

of the defendant.

1.      <u>Eligibility of Cases</u>

This case is eligible for a detention order because this case involves:

   <u>X</u>           10 + year crime of violence (18 U.S.C. § 3156)

                 10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

                 Maximum sentence of life imprisonment or death

                 10 + year drug offense

                 Felony, with at least two prior convictions in the above categories

   <u>X</u>           Felony involving a minor victim

                 Felony involving possession or use of a firearm or other destructive device

                 (as defined by 18 U.S.C. § 921) or any other dangerous weapon

                 Failure to register as a sex offender (18 U.S.C. § 2250)

   <u>X</u>           Serious risk the defendant will flee

                 Serious risk of obstruction of justice

2.      <u>Reason for Detention</u>

The Court should detain defendant because there are no conditions of release which will

reasonably assure:

    __X__              Defendant's appearance as required.

    __X__              Safety of any other person and the community

3.      <u>Rebuttable Presumption</u>

The government will invoke the rebuttable presumption against defendant under Section

3142(e).

    _____          Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

    _____          Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

    _____          Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

    _____          Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)

    __X__          Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.      <u>Time for Detention Hearing</u>

The government requests the Court conduct the detention hearing:

    _____          At the initial appearance

    __X__          After continuance of __3__ days

The government also requests leave of court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

2

Respectfully submitted this 16th day of April 2025.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

*/s/Tara S. Ratz*
TARA S. RATZ
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: Tara.Ratz@usdoj.gov